**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JUDITH A. LAWTON,<br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORP. and ROBERT B. GATES, as Co-Executors of the Estate of Magda Burt,<br>Defendants | CA 05 503<br>C.A. No.<br><br>REMOVED FROM THE KENT COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND, C.A. NO. 05-0970 |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, Bank of America Corp ("BOA") hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of the above-entitled action and, in support hereof, states as follows:

1. Plaintiff, Judith A. Lawton, filed a civil action against BOA and Robert B. Gates ("Gates") which is now pending in the Superior Court of the State of Rhode Island, CA. No. 05-0970 entitled Judith A. Lawton v. Bank of America Corp and Robert B. Gates, as Co-Executors of the Estate of Magda Burt. The Summons and Complaint in such action were served upon BOA and Gates on November 2, 2005.

2. Upon information and belief, Plaintiff is a citizen of the State of Florida.

3. Defendant Bank of America Corp. is a Delaware Corporation with a principal place of business in Charlotte, North Carolina.

4. Defendant Robert B. Gates is a citizen of the State of Rhode Island.

5. Upon information and belief and the facts as alleged in the Plaintiff's Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. This Court has original jurisdiction over the above-entitled action based upon the diversity of citizenship between plaintiffs and the defendant in accordance with 28 U.S.C. § 1332. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446, BOA hereby files this Petition for Removal within thirty (30) days following the receipt of the initial pleading.

8. A copy of this Notice is being filed with the Clerk of the Supreme Court of the State Rhode Island, County of Providence to effect removal pursuant to 28 U.S.C. § 1446(d).

9. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by 28 U.S.C. § 1446(d).

10. Copies of all process and pleadings on file with the Superior Court of the State of Rhode Island, County of Providence, as of this date will be filed within ten (10) days hereof.

WHEREFORE, the action now pending in the Superior Court of the State of Rhode Island, County of Providence, is properly removed therefrom to this Court.

BANK OF AMERICA CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: December 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT'S, NOTICE OF REMOVAL was mailed, postage prepaid, on this 2 day of December, 2005:

Karen A. Pelczarski, Esq.
Staci L. Kolb, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Robert E. Kiely, Esq.
REGAN & KIELY, LLP
85 Devonshire Street
Boston, MA 02109

Fred L. Mason, Jr. Esq.
MASON ASSOCIATES, PC
20 Cedar Swamp Road
Smithfield, RI 02917

Carolyn Medina

828314_1/4150-24