**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JUDITH A. LAWTON,
Plaintiff

v.

BANK OF AMERICA CORP. and ROBERT B. GATES, as Co-Executors of the Estate of Magda Burt,
Defendants

CA 05 503
C.A. No.

REMOVED FROM THE KENT COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND, C.A. NO. 05-0970

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for defendants hereby certify as follows:

1. Bank of America Corp. has no parent company nor does any publicly held company own 10% or more of its stock.

BANK OF AMERICA, CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: December 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing RULE 7.1 STATEMENT was mailed, postage prepaid, on this 2nd day of December, 2005:

Karen A. Pelczarski, Esq.
Staci L. Kolb, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Robert E. Kiely, Esq.
REGAN & KIELY, LLP
85 Devonshire Street
Boston, MA 02109

Fred L. Mason, Jr. Esq.
MASON ASSOCIATES, PC
20 Cedar Swamp Road
Smithfield, RI 02917

Carolyn Medina

828316_1/4150-24