STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2005-0970 JUDITH LAWTON V BANK OF AMERICA

Filing Date: 11-01-2005
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 11-01-2005

Plaintiff: JUDITH LAWTON
ID: @10696217

Attorney: GERALD PARASCANDOLO

Defendant: BANK OF AMERICA
ID: @10249184
Defendant: ROBERT GATES
ID: @10696218
Defendant: MAGDA BURT
ID: @10696219

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-01-2005 | COMPLAINT FILED | |
| 11-01-2005 | INITIAL FILING FEE | |
| 11-01-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCK50524. |

True Copy Attest
Jane M. Anthony ,Clerk
Office of Clerk of Superior Court
County of Kent
Rhode Island