UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Fred Mason

RE: CA 05-503

Lawton v. Gates

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 1/25/06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

✓ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

✓ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: no check payable to FBBE

ENTER:

United States Magistrate Judge

Date: 1/25/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUDITH A. LAWTON, Plaintiff | ) | |
| v. | ) | C.A. No. 05-CV-00503-S-DLM |
| BANK OF AMERICA CORP. and ROBERT B. GATES, as Co-Executors of the Estate of Magda Burt, Defendants | ) | |

**DEFENDANT ROBERT B. GATES'**
**MOTION FOR ADMISSION PRO HAC VICE**

Now comes the local counsel for the defendant Robert B. Gates ("Gates" or "defendant") and respectively moves that Attorney Robert E. Kiely, of the law firm of Regan & Kiely LLP, 85 Devonshire Street, Boston, Massachusetts 02109, be admitted to appear as counsel with the undersigned *pro hac vice* on behalf of the defendant in the above-captioned action. In support of this motion, the undersigned states as follows:

1. Robert E. Kiely, Esq. has been retained as counsel to represent the interests of the defendant Robert B. Gates in the above-captioned action;
2. Robert E. Kiely was admitted to practice before the state court of the Commonwealth of Massachusetts in 1990. Robert E. Kiely is also admitted to practice before the federal courts in Massachusetts and the Federal Appeals Court in Massachusetts;
3. Robert E. Kiely is currently is a member in good standing in all courts referred to in paragraph 2 above;
4. Robert E. Kiely has previously been admitted to practice *pro hac vice* in courts in Rhode Island;