UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUDITH LAWTON<br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORP. and<br>ROBERT B. GATES as Co-Executors of<br>The Estate of Magda Burt,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-CV-00503-S-DLM |

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT ROBERT B. GATES**

I, Fred L. Mason Jr. hereby enter my appearance as counsel on behalf of the defendant Robert B. Gates in the above-entitled matter.

Fred L. Mason Jr.

Fred L. Mason, Jr., Esquire (#4274)
Mason Associates P.C.
20 Cedar Swamp Road
Smithfield, Rhode Island 02917
(401) 232-2277

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, on this 6th day of February, 2006 to:

Steven E. Snow, Esquire
Carolyn P. Medina, Esquire
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

Staci L. Kolb, Esquire
Blish & Cavanaugh LLP
20 Exchange Terrace
Providence Rhode Island 02903

Fred L. Mason Jr.