UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Judith A. Lawton
Plaintiff(s)

v.
Bank of America Corp. and Robert B. Gates, as Co-Executors of the Estate of Magda Burt,
Defendant(s)

Dkt. No. 05-CV-00503-S-DLM

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Robert B. Gates hereby moves that Robert E. Kiely be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

(~~Plaintiff~~/Defendant)

By: Fred L. Mason, Jr.
Bar ID No.: 4274
Address: 20 Cedar Swamp Road
Smithfield, RI 02917

DATED: February 3, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(~~s~~) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) in Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

2005, Robert V. Rossi and Linda A. Rossi, Plaintiffs v. Leonard P. Gemma, et al., CA 05-32 S, David L. Martin.

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Robert E. Kiely — 556640
Print Name — State Bar ID #

Regan & Kiely LLP
Firm Name

85 Devonshire Street
Boston, MA 02129
Business Address

(617)723-0901 — Tel. #
(617)723-0977 — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Fred L. Mason, Jr. — 4274
Print Name — R.I. Bar ID #

20 Cedar Swamp Road
Firm and Business Address
Smithfield, RI 02917

Tel. # 401-232-2277 Fax # 401-232-7744

---

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Date:

UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUDITH A. LAWTON, Plaintiff | ) | |
| v. | ) | C.A. No. 05-CV-00503-S-DLM |
| BANK OF AMERICA CORP. and ROBERT B. GATES, as Co-Executors of the Estate of Magda Burt, Defendants | ) | |

**DEFENDANT ROBERT B. GATES'**
**MOTION FOR ADMISSION PRO HAC VICE**

Now comes the local counsel for the defendant Robert B. Gates ("Gates" or "defendant") and respectively moves that Attorney Robert E. Kiely, of the law firm of Regan & Kiely LLP, 85 Devonshire Street, Boston, Massachusetts 02109, be admitted to appear as counsel with the undersigned *pro hac vice* on behalf of the defendant in the above-captioned action. In support of this motion, the undersigned states as follows:

1. Robert E. Kiely, Esq. has been retained as counsel to represent the interests of the defendant Robert B. Gates in the above-captioned action;
2. Robert E. Kiely was admitted to practice before the state court of the Commonwealth of Massachusetts in 1990. Robert E. Kiely is also admitted to practice before the federal courts in Massachusetts and the Federal Appeals Court in Massachusetts;
3. Robert E. Kiely is currently is a member in good standing in all courts referred to in paragraph 2 above;
4. Robert E. Kiely has previously been admitted to practice *pro hac vice* in courts in Rhode Island;

5. The Affidavit of Robert E. Kiely, attached hereto and made a part hereof, is submitted in furtherance of his motion;

6. Counsel for the plaintiff has stated that he has no objection to this motion for admission *pro hac vice* of Robert E. Kiely;

7. Robert E. Kiely, Esquire has been chosen specifically based on an existing attorney/client relationship with the defendant Robert B. Gates, and his ongoing representation of Mr. Gates in multiple pending actions involving the same operative facts alleged in this complaint.

Fred L. Mason, Jr., Esquire (RI # 4274)
Mason Associates P.C.
20 Cedar Swamp Road
Smithfield, Rhode Island 02917
(401) 232-2277

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, on this 6th day of February, 2006 to:

Steven E. Snow, Esquire
Carolyn P. Medina, Esquire
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

Staci L. Kolb, Esquire
Blish & Cavanaugh LLP
20 Exchange Terrace
Providence Rhode Island 02903

Fred L. Madden Jr.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUDITH A. LAWTON, Plaintiff | ) | |
| v. | ) | C.A. No. 05-CV-00503-S-DLM |
| BANK OF AMERICA CORP. and ROBERT B. GATES, as Co-Executors of the Estate of Magda Burt, Defendants | ) | |

**AFFIDAVIT OF ROBERT E. KIELY**

1. My name is Robert E. Kiely and I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I was admitted to practice law in the Commonwealth of Massachusetts in 1990. I am also admitted to practice before the federal courts in Massachusetts and the Federal Appeals Court in Massachusetts. I am currently in good standing in all of the courts and jurisdictions in which I am admitted.

3. I have previously been admitted and practiced *pro hac vice* in courts in Rhode Island on three occasions in the calendar year 2005. Those cases are *Kiepler v. Gates, et al.*, Providence Superior Court Civil Action No. KC98-337, *Burt, et al. v. Rhode Island Hospital Trust, et al.*, Providence Superior Court Civil Action No. 02-2243, and *Grant, et al. v. Robert C. Nyman, et al.*, Providence Superior Court Civil Action No. 03-2893. These are the only Rhode Island state court cases in which I have been admitted *pro hac vice* since 2000. These cases all involve the representation of the same defendant in cases arising from the same set of facts. I have a pre-existing attorney/client relationship with the defendant's insurer.

4. I am familiar with the rules governing professional conduct and hereby agree to abide by the same in all of my conduct in this matter.

5. I have read, and am familiar with, and hereby agree to abide by the rules of civil procedure governing actions within the U.S. District Court for the District of Rhode Island.

Signed under the pains and penalties this 23 day of January, 2006.

Robert E. Kiely, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, on this 6th day of February, 2006 to:

Steven E. Snow, Esquire
Carolyn P. Medina, Esquire
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

Staci L. Kolb, Esquire
Blish & Cavanaugh LLP
20 Exchange Terrace
Providence Rhode Island 02903

[signature]